SIMPLE TECHNOLOGY, INC. (now known as SimpleTech, Inc.), Plaintiff–Appellant,

v.

DENSE–PAC MICROSYSTEMS, INC., Defendant–Appellee.

No. 01–1310.

United States Court of Appeals, Federal Circuit.

DECIDED: March 7, 2002.

Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, CLEVENGER, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.